IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                CR. NO. 1:17-10103-STA

ZARIUS NORMENT,

    Defendant.

---

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on September 7, 2018, Assistant United States Attorney, Hillary Parham, appearing for the Government and the defendant, Zarius Norment, appearing in person, and with counsel, David Camp.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 12 of the Superseding Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, JANUARY 8, 2019 at 9:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 7th day of September, 2018.

                                                       <u>s/ S. Thomas Anderson</u>
                                                       CHIEF JUDGE, U. S. DISTRICT COURT