# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE/EASTERN DIVISION

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

**v.**                        **Case No.  17-10103-STA**

**ZARIUS NORMENT**
    **Defendant**

## ORDER GRANTING MOTION TO CONTINUE SENTENCING AND NOTICE OF RESETTING

**THIS MATTER** came on to be heard upon the Defendant's Motion to Continue Sentencing. It would appear unto this Court that for good cause shown, said motion should be granted and the sentencing in this matter is continued until **September 13, 2019 at 10:00 a.m.**

**IT IS SO ORDERED** this 29th day of July, 2019

                                  s/S. Thomas Anderson
                                  CHIEF U.S. DISTRICT COURT JUDGE